UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | _____ |
| | : | | |
| | : | Adv. No.: | _____ |
| | : | | |
| | : | Judge: | _____ |
| Debtor (s), | : | | |
| _____ | : | Chapter: | _____ |

## NOTICE OF SCHEDULED HEARING

You are hereby notified of a hearing before the Honorable _____, United States Bankruptcy Judge.

**Reason for Hearing:**        _____
_____
_____

**Location of Hearing:**        Courtroom No. _____
_____
_____
_____

**Date and Time:**        _____
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    _____ **ARE REQUIRED**    _____ **ARE NOT REQUIRED**

DATED:        _____        JAMES J. WALDRON, Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____ the foregoing notice was served on the following:

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*